## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KEITH LAMONT FRAZIER**                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-00624-BSM**

**DOE,** *et al.*                                           **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE